IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:17-cr-00056-HSO-JCG

NAKITA MARIE PIERNAS

GOVERNMENT'S MOTION TO CORRECT
SCRIVENER'S ERROR IN INDICTMENT

Comes the Government, through the United States Attorney, and moves the Court to correct a scrivener's error in the indictment, and states as follows:

1. The indictment in this case was filed on June 21, 2017.

2. The indictment contained a scrivener's error in that the first name of the defendant, Nakita Marie Piernas, was spelled "Nikita" when in fact the correct spelling of her first name is "Nakita."

3. The defendant does not object to the filing of this motion.

WHEREFORE, the Government moves the Court to correct the indictment to reflect the correct spelling of the defendant's first name to "Nakita."

Respectfully submitted,

Dated: October 24, 2017   D. MICHAEL HURST, JR.
United States Attorney

By:   */s   Kathlyn R. Van Buskirk*
Kathlyn R. Van Buskirk
Assistant United States Attorney
MS Bar No. 103657
1575 20th Avenue
Gulfport, MS 39501
Ph: (228)563-1560, ext. 115
Fax: (228)563-1571
E-mail: Kathlyn.van.buskirk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically filed the foregoing Government's Motion to Correct Scrivener's Error in Indictment with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                                            */s Kathlyn R. Van Buskirk*
                                             Kathlyn R. Van Buskirk
                                             Assistant U.S. Attorney