SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 21 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

CASE NO. 1:17cr 56-HSO-JCG-8
USA
VS. Thomas Elliott Williams
PLAINTIFF'S EXHIBIT G-1
DATE _____ IDEN.
DATE  11/21/2017  EVID.
BY  A. Busby
Deputy Clerk

AO 386

PROB/PTS 4
(03/05)

# SOUTHERN DISTRICT OF MISSISSIPPI

## ADMISSION/DENIAL REPORT

### REPORT OF POSITIVE URINALYSIS

Name: Thomas Williams                Docket No.: 1:17cr56

Date Sample Taken: 8/30/17           PACTS No.: 374 7243

Results of Urinalysis: Positive For: Marijuana (THC)

You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

[X] I admit to illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

[ ] I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

_____           _____
Signature of Client                  Witnessed By

8/30/17                              8/30/17
Date                                 Date

Comments:

Smoked 1 blunt on 8/26/17 while watching the boxing match (TW)

**GOVERNMENT EXHIBIT 1**



# Drug Test Report

1111 Newton Street
Gretna, LA 70053
(800) 433-3823 - (504) 361-8989
FAX: (504) 361-8298

MISSISSIPPI SOUTHERN - PRETRIAL GULFPORT
KURT RAYMOND
2010 15TH STREET
GULFPORT, MS 39501-2022

Facility Phone: 228-563-1850          Fax: 0000000000

| | |
|---|---|
| Account Number: | 05380001S |
| Div. Office Number: | 05380003S |
| National Lab Number: | 49800101 |
| Specimen ID Number: | B02575185 |
| Specimen Type: | URINE |

Collection Site Number: 05380003S
Collection Site Name: MISSISSIPPI SOUTHERN PRETRIAL-GULFPORT
Collection Site Address: 2010 15 TH ST.
Collection Site City, State Zip: GULFPORT, MS 39501
Collection Site Phone: 228-563-1850
Collection Site Fax: 000-000-0000

PACTS Number: 3747243
Onsite Test ID: 0
Case Officer Initials: BRB

Collector Name
BANG BRANDON

**Donor Name/ID: WILLIAMS**

Reason for Drug Test: URINE SURVEILLANCE

Date Collected: 8/30/2017
Date Received: 9/1/2017
Date Reported: 9/4/2017

Panel Description: CLIN 1098 - THC CONF

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| POSITIVE | MARIJUANA METABOLITE | |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | POSITIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_signature_

SUSAN BYBEE - CERTIFYING TECHNICIAN/SCIENTIST

BANG BRANDON

COLLECTOR NAME

2

## CODE-A-PHONE PARTICIPANTS
## NEW PROCEDURE EXPLANATION/INSTRUCTIONS

Participant's Name __Thomas Williams__ Date Enrolled __8/30/17__

Beginning __8/31/17__, you will be required to call in every evening between 6 pm and 8 am, of the following morning, to check the Code-A-Phone instructions. You will be assigned a Color Code. If the phone instructions name your Color Code you are required to report, between 8 am and 4:15pm, to the U.S. Probation Office, during the next eight hour work day period to leave a urine screen sample with the Duty Officer. Failure to call for instructions during this time frame OR failure to report for a urine screen on your Color Code day is a violation of supervision conditions and will be reported to your U.S. Probation Officer (USPO) to address. You are also required to provide additional urine screens as instructed. IF you have legitimate reason for failing to report on your Color Code day, you are to call and talk with your probation/pretrial officer or the duty officer. Legitimate reasons to miss a Color Code urine screen are: illness with a doctor's excuse, prior USPO approved travel out of town, any other USPO pre-approved reasons which will have been documented in your file records.

### INSTRUCTIONS:

1. You will be assigned a Color Code and it will be written on your DAC contract form
   - REMEMBER YOUR COLOR __RED__.

2. Call every evening, Sunday through Thursday, between 6 pm and 8 am of the following morning, to the U.S. Probation Office number **(228) 563-1871**. You will be notified whether or not you are required to report to the office for a urine sample.

3. If your Color Code is announced on the message, you are to report to the U.S. Probation Office at 2010 15th Street, Gulfport, MS between 8 am and 4:15 pm, to the Duty Officer, and provide a urine screen. Tell the Duty Officer you are reporting for a Color Code urine screen.

If your Color Code is **NOT** announced, do not report for a Color Code urine screen and call again each evening for further instructions.

*EXAMPLE:* Your assigned Color Code is Blue. You call in Monday evening at 11:00 pm and the extension instructions say, "The Blue group is required to report in and provide a UA." You must report to the Duty Officer the next working day, Tuesday, between 8 am and 4:15 pm, and leave a urine screen.

*Alternative Example:* If you called and heard the same announcement, as in the previous example, but you had prior USPO approved travel on Tuesday, you are still required to call and talk to the Duty Officer the next day.

NOTE: Your USPO may request additional random urine screens. Additionally, the Color Code DAC urine screens **DO NOT** replace urine screens left with the drug aftercare vendor, so even if you are scheduled for a Tuesday urine screen with the drug aftercare counselor, you must still leave a urine screen at the U.S. Probation Office if the Color Code instructions direct you to do so on a particular Tuesday.

Remember, failure to call in for instructions or report on your Color Code reporting day is a violation of your supervision conditions. If you have any questions, please contact the Probation Office at (228) 563-1850.

Signed, the __30th__ Day of __August__, __2017__.

_____, Participant _____, USPO

3

PS 38
(7/93)

# RELEASE STATUS REPORT TO THE COURT

## Report of Violation

DEFENDANT  Thomas Elliott Williams                    DOCKET NO.  1:17cr56-HSO-JCG-8

DISTRICT  Southern District of Mississippi            BEFORE JUDGE  Honorable John C. Gargiulo

INITIAL APPEARANCE DATE  06/29/2017              RELEASE DATE  06/29/2017

MAGISTRATE JUDGE  Honorable John C. Gargiulo

CONDITIONS OF RELEASE:

- ☒ PRETRIAL SUPERVISION
- ☒ SEEK/MAINTAIN EMPLOYMENT
- ☒ SUBMIT TO COUNSELING AS DEEMED APPROPRIATE BY PRETRIAL SERVICES
- ☒ DRUG/ALCOHOL MONITORING
- ☐ THIRD PARTY CUSTODY TO _____
- ☒ TRAVEL RESTRICTIONS  Southern District of Mississippi
- ☐ OTHER _____
- ☒ SURRENDER PASSPORT
- ☒ DO NOT OBTAIN PASSPORT
- ☒ REFRAIN FROM EXCESSIVE USE OF ALCOHOL OR ANY CONTROLLED

DEFENDANT HAS MET CONDITIONS OF RELEASE      ☐ YES    ☒ NO

CONDITIONS OF RELEASE NOT MET AND THE ACTIVITIES OF THE OFFICER TO BRING THE DEFENDANT INTO COMPLIANCE:
On August 30, 2017, the defendant tested positive for marijuana. The defendant admitted to the use of marijuana on August 26, 2017. The defendant was verbally reprimanded and has been placed on increased urine surveillance.

RECOMMENDATION:
Probation respectfully requests no court action at this time. The defendant will be closely monitored in reference to his narcotics use.

9/1/17
DATE

Brandon Barry USPO
U.S. PRETRIAL SERVICES OFFICER

- ☐ Submit a Request for Modifying the Conditions or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☒ Agree With the Above Listed Action of the U.S. Probation Officer
- ☐ Other

Signature of Judicial Officer / Date

4

## SOUTHERN DISTRICT OF MISSISSIPPI
## ADMISSION/DENIAL REPORT

### REPORT OF POSITIVE URINALYSIS

Name: _Thomas Williams_  PACTS No.: _3747243_

Date Sample Taken: _10/13/17_

Results of Urinalysis: Positive For: _THC_

You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

☐ I admit to illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

☒ I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

☐ I admit to the use of a synthetic cannabinoid or other synthetic narcotic as indicated by the above-reported urine test result.

☐ I deny illegal use of a synthetic cannabinoid or other synthetic narcotic as indicated by the above-reported urine test result.

_[signature]_                    _[signature]_
Signature of Client              Witnessed By

_10/13_                          _10/13/17_
Date                             Date

5



# Drug Test Report

1111 Newton Street
Gretna, LA 70053
(800) 433-3823 - (504) 361-8989
FAX: (504) 361-8298

MISSISSIPPI SOUTHERN - PRETRIAL GULFPORT
KURT RAYMOND
2010 15TH STREET
GULFPORT, MS 39501-2022

Facility Phone: 228-563-1850      Fax: 0000000000

| | |
|---|---|
| Account Number: | 05380001S |
| Div. Office Number: | 05380003S |
| National Lab Number: | 50086108 |
| Specimen ID Number: | B02572793 |
| Specimen Type: | URINE |

Collection Site Number: 05380003S
Collection Site Name: MISSISSIPPI SOUTHERN PRETRIAL-GULFPORT
Collection Site Address: 2010 15 TH ST.
Collection Site City, State Zip: GULFPORT, MS 39501
Collection Site Phone: 228-563-1850
Collection Site Fax: 000-000-0000

PACTS Number: 3747243
Onsite Test ID:
Case Officer Initials: BRB

Collector Name
BANG BRANDON

**Donor Name/ID:** WILLIAMS

Reason for Drug Test: URINE SURVEILLANCE

Date Collected: 10/13/2017
Date Received: 10/14/2017
Date Reported: 10/16/2017

Panel Description: CLIN 1098 - THC CONF

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | MARIJUANA METABOLITE | |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | POSITIVE |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 20 mg/dL |
| SPECIFIC GRAVITY | NORMAL | = or > 1.0030 - < 1.0450 |
| pH | NORMAL | = or > 4.0 - < 10 |

_Carole Trojan_ (signature)

CAROLE TROJAN - CERTIFYING TECHNICIAN/SCIENTIST

BANG BRANDON

COLLECTOR NAME

6

PROB/PTS 4
(03/05)

# SOUTHERN DISTRICT OF MISSISSIPPI

## ADMISSION/DENIAL REPORT

### REPORT OF POSITIVE URINALYSIS

Name: Thomas Williams    Docket No.: 1:17cr56-HSO-JCG

Date Sample Taken: 10/25/17    PACTS No.: 3747243

Results of Urinalysis: Positive For: THC

You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

[X] I admit to illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

[ ] I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

_____    _____
Signature of Client             Witnessed By

10/25/17    10/25/17
Date        Date

Comments:

- Smoked two weeks ago. 1 blunt
- I lied to bang denying smoking at last U.A. screen. (TW)

7

Case 1:17-cr-00056-DCG Document 227 Filed 10/21/17 Page 9 of 11
Case 1:17-cr-00056-HSO-JCG Document 66 Filed 06-29-2017 Page 1 of 3

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                   Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Mississippi__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 29 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17-cr-00056-HSO-JCG |
| Thomas Elliott Williams | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Case 1:17-cr-00056-HSO-JCG Document 66 Filed: 06/29/2017 Page 2 of 3
Case 1:17-cr-00056-HSO-JCG Document 227 Filed 11/21/17 Page 10 of 11

AO 199B (Rev. 12/11) Additional Conditions of Release  Page 2 of 3 Pages

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
*Custodian*                                 *Date*

( X ) (7) The defendant must:
    ( X ) (a) submit to supervision by and report for supervision to the __US Probation Officer at his/her discretion.__,
        telephone number __228-563-1850__, no later than _____.
    ( X ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( X ) (d) surrender any passport to: __US Probation Officer, or, if you do not have a passport,__
    ( X ) (e) not obtain a passport or other international travel document.
    ( X ) (f) abide by the following restrictions on personal association, residence, or travel: __Southern District of Mississippi. Other travel must be pre-cleared with Pretrial Services Officer.__
    ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: __Co-defendant(s), if any; any person under indictment, on bond, parole, probation or supervised release for a felony offense.__
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( X ) (l) not use alcohol ( ☐ ) at all ( X ) excessively.
    ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ( ☐ ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
    ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
    ( X ) (s) Prior to having a prescription filled, defendant is to check with the Probation Officer to confirm that the drug is not on a restricted list. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered and you shall not associate with any persons engaged in criminal activity.
        You shall refrain from the use of any mood altering substance.

9

Case 1:17-cr-00056-HSO-JCG Document 227 Filed 11/21/17 Page 11 of 11
Case: 1:17-cr-00056-JCG Document: 66 Filed: 06-29-2017 Page: 3 of 3

AO 199C (Rev. 09/08) Advice of Penalties                                        Page    3    of    3    Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_J.E. W_____
*Defendant's Signature*

_Gulfport, MS_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/29/2017

_____
*Judicial Officer's Signature*

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

10